IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARY D. STOVALL,                        )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        CIVIL ACTION NO. 2:06-cv-1073-WKW
                                        )
OFFICER IBIDAPO,                        )
                                        )
            Defendant.                  )

## ORDER

On March 6, 2007, the Magistrate Judge filed a Recommendation (Doc. # 11) to which no objections have been filed. Upon and independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for the plaintiff's failures to comply with the orders of the court and to prosecute this action.

DONE this 4th day of April, 2007.

            /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE